UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WOODY VOINCHE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civ. Action No. 04-1824 (RCL) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of the defendant FBI's motion [23] for summary judgment, the plaintiff Voinche's cross-motion [26] for summary judgment, the defendant's motions [13, 15, 16, 18, 28] to amend the briefing schedule, the plaintiff's motion [19] for leave to seek discovery, and the plaintiff's motions [14, 22, 24, 25, 30] to compel non-parties to respond to interrogatories, it is, for the reasons stated in an accompanying Memorandum Opinion, hereby

ORDERED that FBI's motion [23] for summary judgment is DENIED without prejudice as to its renewal as to the FBI's assertion of FOIA Exemption 7(E), and GRANTED in all other respects; it is further

ORDERED that the FBI submit to this Court, within thirty (30) days, additional information supporting its assertion of FOIA Exemption 7(E) to withhold three pages of documents from the plaintiff. This information should consist of a satisfactory *Vaughn* index and a proper segregability analysis, which would allow this Court to reasonably evaluate the FBI's assertion of Exemption 7(E). In the alternative, the FBI will have to release the pages

withheld pursuant to Exemption 7(E) to the plaintiff.  Upon motion, if the FBI maintains that it cannot provide any more information about the withheld pages than it already has, this Court will consider permitting the FBI to submit the withheld pages for an *in camera* review.  It is further

ORDERED that Voinche's motion [26] for summary judgment is DENIED without prejudice to its renewal with regard to the FBI's claim of Exemption 7(E) and DENIED with prejudice in all other respects; it is further

ORDERED that FBI's motions [13, 15, 16, 18, 28] to amend the briefing schedule are GRANTED *nunc pro tunc*; it is further

ORDERED that Voinche's motion [19] for leave to seek discovery is DENIED ; it is further

ORDERED that Voinche's motions [14, 22, 24, 25, 30] to compel are DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 24, 2006.